MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| ARSENIO SORIANO,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. 2:18-cv-01800-MCE-KJN<br>Hon. MorrisonC. England, Jr.<br>Courtroom 7, 14th Floor<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO THE COMPLAINT [L.R. 144(A)]; ORDER**<br><br>Action Filed:    June 28, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), the undersigned parties hereby stipulate that the deadline for defendant Wells Fargo Bank, N.A. to respond to the complaint filed by Arsenio Soriano, is hereby extended to September 21, 2018. This stipulation does not affect any other deadline set by this Court, and is approved by all parties who have appeared in the action and are affected by the stipulation. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: September 7, 2018            C.O. LAW, APC


                                    By:     */s/ Clark Ovruchesky*
                                            Clark Ovruchesky

                                    Attorneys for Plaintiff
                                    ARSENIO SORIANO


DATED: September 7, 2018            SEVERSON & WERSON
                                    A Professional Corporation


                                    By:     */s/ Courtney C. Wenrick*
                                            Courtney C. Wenrick*

                                    Attorneys for Defendant
                                    WELLS FARGO BANK, N.A.

**Signature Certification**

I, Courtney C. Wenrick, am the ECF user whose identification and password are being used to file this stipulation. I hereby certify that the content of this document is acceptable to Clark Ovruchesky counsel for Plaintiff Arsenio Soriano, and that I have obtained Mr. Ovruchesky's authorization to affix his electronic signature to this document and he concurs in this filing.

By: */s/ Courtney C. Wenrick*
Courtney C. Wenrick*

# ORDER

Pursuant to the Joint Stipulation of plaintiff Arsenio Soriano and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Wells Fargo Bank, N.A. to respond to Plaintiff's complaint is hereby extended to September 21, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: September 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE