**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Arsenio Soriano

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARSENIO SORIANO,** | Case No.: 18-cv-1800-MCE-KJN |
| **Plaintiff,** | **STIPULATION AND ORDER OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |
| **v.** | |
| **WELLS FARGO BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,** | |
| **Defendants.** | |

Plaintiff ARSENIO SORIANO ("Plaintiff") hereby notifies the Court that he and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Equifax from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 17, 2018   Respectfully submitted,

**C.O. LAW, APC**

By: /s/ Clark Ovruchesky
  Clark Ovruchesky
  ATTORNEYS FOR PLAINTIFF

Dated: December 17, 2018   Respectfully submitted,

**NOKES & QUINN**

By: /s/ Thomas P. Quinn, Jr.
  Thomas P. Quinn, Jr.
  ATTORNEYS FOR DEFENDANT
  EQUIFAX INFORMATION SERVICES LLC

## ORDER

   Pursuant to the foregoing stipulation, Plaintiff's claims against Defendant Equifax Information Services LLC ("Equifax") are dismissed, with prejudice. Plaintiff and Equifax shall each bear their own costs and attorneys' fees, and this case shall proceed on Plaintiff's remaining causes of action.

   IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE