1  COURTNEY C. WENRICK (State Bar No. 286380)
   ccw@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Ave., Suite 700
4  Irvine, CA 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
7  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ARSENIO SORIANO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-01800-MCE-KJN<br>Hon. Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br><br>**ORDER DISMISSING WELLS FARGO WITH PREJUDICE**<br><br>Action Filed:　　June 28, 2018 |

1     Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with
2 prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on
3 Plaintiff's remaining claims.
4     IT IS SO ORDERED.
5 Dated: May 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

07685.2122/14808197.1

ORDER DISMISSING WELLS FARGO WITH PREJUDICE