**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Arsenio Soriano

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARSENIO SORIANO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WELLS FARGO BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | Case No.: 18-cv-1800-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

Plaintiff ARSENIO SORIANO ("Plaintiff") hereby notifies the Court that he and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

**PROOF OF SERVICE**

Dated: June 26, 2019      Respectfully submitted,

                          **C.O. LAW, APC**

                          By: /s/ Clark Ovruchesky
                              Clark Ovruchesky
                              ATTORNEYS FOR PLAINTIFF

Dated: June 26, 2019      Respectfully submitted,

                          **JONES DAY**

                          By:   /s/ Jennifer Sun
                                Jennifer Sun
                                ATTORNEYS FOR DEFENDANT
                                EXPERIAN INFORMATION SOLUTIONS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: June 26, 2019      **C.O. LAW, APC**

                          By:   /s/ Clark Ovruchesky
                                Clark Ovruchesky
                                ATTORNEYS FOR PLAINTIFF

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Arsenio Soriano ("Plaintiff") against Defendant Experian Information Solutions, Inc. ("Experian") are dismissed, with prejudice. Plaintiff and Experian shall each bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**